IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BRENDA McSHAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-543-MEF |
| ) | WO |
| DYNAMIS EDUCATIONAL SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on October 14, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) filed on October 1, 2008 is adopted;

3. Defendant's Motion to Dismiss (Doc. #9) is GRANTED, and that plaintiff's complaint, as amended, is DISMISSED without prejudice because plaintiff has failed to state a claim for which relief can be granted.

DONE this the 17th day of October, 2008.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE